# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

DENNIS MITCHELL,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO.: 2:16-cv-104

(Case No. 2:07-cr-33)

## **O R D E R**

Petitioner, through counsel, has filed a Motion pursuant 28 U.S.C. § 2255. (Doc. 1.) He contends that his sentence was unlawfully enhanced under the Armed Career Criminal Act ("ACCA") in light of the United States Supreme Court's decisions in Johnson v. United States, ___ U.S. ___, 135 S. Ct. 2551 (June 26, 2015) and Welch v. United States, ___ U.S. ___, 136 S. Ct. 1257 (April 18, 2016). Id. Counsel for Petitioner has conferred with the Government, and she relays that the Government has no objection to Petitioner's Motion. Id. However, because this is Petitioner's second Section 2255 Motion, he must receive certification to proceed on this Motion from the United States Court of Appeals for the Eleventh Circuit. 28 U.S.C. § 2255(h). Petitioner has applied for that certification, and his Application remains pending. (Doc. 1-1.) Accordingly, the Court **STAYS** this case until the Eleventh Circuit issues its decision on Petitioner's Application for Leave to File a Second or Successive Motion Under 28 U.S.C. § 2255. Upon the Eleventh Circuit's decision, Petitioner shall promptly file a notice advising the Court of whether the Application was granted. The stay shall be automatically lifted upon Petitioner's filing of that notice.

If the Court of Appeals grants the Application, pursuant to Rule 4(b) of the Rules Governing Section 2255 Proceedings, the Court hereby **ORDERS** the United States Attorney to file an answer or motion to dismiss within thirty (30) days of the Petitioner's Notice of the Eleventh Circuit's decision. In addition to stating whether the Government agrees with or opposes Petitioner's Motion, the Government shall state what records and documents need to be produced in order to fully respond to the motion. The Government shall also include its position regarding the need for expansion of the record authorized by Rule 7, evidentiary hearing authorized by Rule 8, and any additional discovery necessary as authorized by Rule 6 of the Rules Governing Section 2255 Proceedings.

**SO ORDERED**, this 11th day of July, 2016.

R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA