# United States District Court
## Southern District of Georgia

DENNIS MITCHELL,

    Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:16-CV-104
(Rel. Case No. : 207-CR-33)

UNITED STATES OF AMERICA,

    Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of September 22, 2016, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of the Court. Therefore, Petitioner's Motion to Vacate is GRANTED, and the sentence is VACATED. The Court will resentence Mitchell after an updated Pre-Sentence Investigation report has been prepared.



09/22/2016
Date

Scott L. Poff
Clerk

(By) Deputy Clerk